**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| CHE'LA MCCLAIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL VISION SERVICES, LLC d/b/a MYEYEDR.,<br><br>Defendant. | : | Case No.: 1:25-cv-07675<br><br>Hon. Jeffrey Cummings |

## <u>MOTION TO DISMISS CLASS ACTION COMPLAINT</u>

Defendant Capital Vision Services, LLC, d/b/a MyEyeDr., by and through undersigned counsel, hereby moves to Dismiss the Complaint under Federal Rule of Procedure 12(b)(6). For grounds, the movant states as follows:

1. Plaintiff's ECPA Claim Should Be Dismissed Because Defendant Was A Party To The Communications.
2. Plaintiff Has Not Plausibly Alleged The Applicability of The ECPA's Crime-Tort Exception.
3. Plaintiff Does Not Plead Any Facts Demonstrating That Defendant Disclosed Individually Identifiable Health Information (IIHI) to Google.
4. Disclosure To A Third Party Of A Patient Merely Making An Optometry Appointment Is Not PHI.

5. Plaintiff's ECPA Claims Should Be Dismissed Because Plaintiff Consented To The Alleged Interception and Disclosure To Google By Establishing A Gmail Account.
6. Plaintiff Fails To Plausibly Allege That "Contents" Of Communications Concerning Her Particular Health Condition Were Intercepted Or Disclosed.
7. Plaintiff Does Not Plausibly Allege Any Common Law Claims.

In further support of instant Motion, Defendant Capital Vision Services LLC, d/b/a MyEyeDr. files herewith the accompanying Memorandum of Law in Support of Motion to Dismiss Class Action Complaint and the Declaration of Brian G. Cesaratto, dated September 30, 2025, and the exhibits attached thereto.

Dated: September 30, 2025

Respectfully submitted,

EPSTEIN, BECKER & GREEN, P.C.

By: */s/ Carolyn O. Boucek*
Carolyn O. Boucek (IL No. 6346817)
Epstein Becker & Green, P.C.
227 W. Monroe Street
Suite 4500
Chicago, IL 60606
(T): 312-499-1486
(F): 312-845-1998

By: */s/ Brian G. Cesaratto*
Brian G. Cesaratto (admission *pro hac vice* pending)
Shira M. Blank (admission *pro hac vice* pending)
Eleanor T. Chung (admission *pro hac vice* pending)
Epstein Becker & Green, P.C.
875 Third Avenue
New York, NY 10022
Tel: (212) 351-4500
Fax: (212) 878-8600

cboucek@ebglaw.com
bcesaratto@ebglaw.com
sblank@ebglaw.com

echung@ebglaw.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I certify that on September 30, 2025, I electronically filed the foregoing with the Clerk of the above Court using the CM/ECF system, which will send notification of such filing on all counsel of record.

*/s/ Carolyn O. Boucek*
Carolyn O. Boucek