**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **CIARA JENKINS**, **ALEXIS VELASQUEZ**, **JORI VELASQUEZ**, and **DEBORAH WARD**, on behalf of themselves and all others similarly situated,<br>Plaintiff,<br>v.<br>**CAPITAL VISION SERVICES D/B/A MYEYEDR.**,<br>Defendant. | **Case No. 1:25-cv-07675**<br>**Hon. Jeffrey I Cummings**<br>**DEFENDANT CAPITAL VISION SERVICES D/B/A MYEYEDR. ANSWER TO THE COMPLAINT AND AFFIRMATIVE DEFENSES** |

Defendant Capital Vision Services d/b/a MyEyeDr. ("Defendant"), by its attorneys Epstein Becker & Green, P.C., hereby Answers the Complaint of Ciara Jenkins, Alexis Velasquez, Jori Velasquez and Deborah Ward ("Plaintiffs") as follows. Defendant denies and reserves the right to challenge any assertion in the Complaint not expressly admitted in this Answer.

**AS TO "INTRODUCTION"**

1. Defendant denies the allegations set forth in Paragraph 1 of the Complaint.

2. Defendant denies the allegations set forth in Paragraph 2 of the Complaint.

3. Defendant denies the allegations set forth in Paragraph 3 of the Complaint.

4. Defendant denies the allegations set forth in Paragraph 4 of the Complaint, except admits that it operates and controls https://www.myeyedr.com (the "Website").

5. Defendant denies the allegations set forth in Paragraph 5 of the Complaint, except admits that it maintains a Privacy Policy and respectfully refers the Court to the full contents thereof.

6. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 6 of the Complaint and accordingly denies those allegations.

7. Defendant denies the allegations set forth in Paragraph 7 of the Complaint.

8. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 8 of the Complaint and accordingly denies those allegations, except admits that Google offers Google Analytics to its customers.

9. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 9 of the Complaint and accordingly denies those allegations.

10. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 10 of the Complaint and accordingly denies those allegations, except denies that Defendant participated in Google's mass surveillance network.

11. Defendant denies the allegations set forth in Paragraph 11 of the Complaint, except admits that Google Analytics was used on the Website at certain times.

12. Defendant denies the allegations set forth in Paragraph 12 of the Complaint.

13. Paragraph 13 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 13 of the Complaint.

14. Paragraph 14 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 14 of the Complaint.

15. Paragraph 15 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 15 of the Complaint.

## AS TO "II. PARTIES"

***As to "Plaintiff Ciara Jenkins"***

16. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 16 of the Complaint and accordingly denies those allegations.

17. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 17 of the Complaint and accordingly denies those allegations.

18. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 18 of the Complaint and accordingly denies those allegations.

19. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 19 of the Complaint and accordingly denies those allegations.

20. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 20 of the Complaint and accordingly denies those allegations.

21. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 21 of the Complaint and accordingly denies those allegations.

***As to "Plaintiff Alexis Vasquez"***

22. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 22 of the Complaint and accordingly denies those allegations.

23. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 23 of the Complaint and accordingly denies those allegations.

24. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 24 of the Complaint and accordingly denies those allegations.

25. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 25 of the Complaint and accordingly denies those allegations.

26. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 26 of the Complaint and accordingly denies those allegations.

***As to "Plaintiff Jori Velasquez"***

27. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 27 of the Complaint and accordingly denies those allegations.

28. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 28 of the Complaint and accordingly denies those allegations.

29. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 29 of the Complaint and accordingly denies those allegations.

30. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 30 of the Complaint and accordingly denies those allegations.

31. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 31 of the Complaint and accordingly denies those allegations.

***As to "Plaintiff Deborah Ward"***

32. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 32 of the Complaint and accordingly denies those allegations.

33. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 33 of the Complaint and accordingly denies those allegations.

34. Defendant denies the allegations set forth in Paragraph 34 of the Complaint.

35. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 35 of the Complaint and accordingly denies those allegations.

36. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 36 of the Complaint and accordingly denies those allegations.

***As to "Defendant MyEyeDr"***

37. Defendant admits the allegations set forth in paragraph 37 of the Complaint.

## AS TO "III. JURISDICTION AND VENUE"

38. Paragraph 38 of the Complaint contains legal conclusions to which no response is required. To the extent that a response is required, Defendant admits that Plaintiff purports to bring this action as a class action and invokes jurisdiction pursuant to 28 U.S.C. § 1332(d), the Class Action Fairness Act of 2005, and that Plaintiff purports to invoke jurisdiction under 28 U.S.C. §1331 over the claims that arise under the Electronic Communications Privacy Act, 18 U.S.C. §2510. *et seq* ("ECPA") and supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C. § 1367(a).

39. Paragraph 39 of the Complaint contains legal conclusions to which no response is required. To the extent that a response is required, Defendant admits that it conducts business within the Northern District of Illinois.

40. Paragraph 40 of the Complaint contains legal conclusions to which no response is required. To the extent that a response is required, Defendant denies the allegations set forth in paragraph 40 of the Complaint, except admits that Plaintiff purports to invoke venue in this Court pursuant to 28 U.S.C. § 1391.

## AS TO "IV. FACTUAL ALLEGATIONS"

***Defendant denies all allegations contained in headings in the Complaint to the extent that Plaintiff purports to use headings to make factual or other assertions in support of the claims.***

41. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 41 of the Complaint and accordingly denies those allegations.

42. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 42 of the Complaint and accordingly denies those allegations.

43. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 43 of the Complaint and accordingly denies those allegations.

44. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 44 of the Complaint and accordingly denies those allegations.

45. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 45 of the Complaint and accordingly denies those allegations.

46. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 46 of the Complaint and accordingly denies those allegations.

47. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 47 of the Complaint and accordingly denies those allegations.

48. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 48 of the Complaint and accordingly denies

those allegations, except denies any allegations to the extent that they are alleged to pertain "in this case."

49. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 49 of the Complaint and accordingly denies those allegations.

50. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 50 of the Complaint and accordingly denies those allegations.

51. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 51 of the Complaint and accordingly denies those allegations except denies that Defendant participated in Google's mass surveillance network.

52. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 52 of the Complaint and accordingly denies those allegations.

53. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 53 of the Complaint and accordingly denies those allegations.

54. Defendant denies the allegations set forth in Paragraph 54 of the Complaint, except admits that Defendant used Google Analytics on the Website during certain times.

55. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 55 of the Complaint and accordingly denies

those allegations, except respectfully refers the Court to the statement of the United States Federal Trade Commission for the contents thereof.

56. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 56 of the Complaint and accordingly denies those allegations.

57. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 57 of the Complaint and accordingly denies those allegations, except respectfully refers the Court to the statement of the United States Federal Trade Commission for the contents thereof.

58. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 58 of the Complaint and accordingly denies those allegations.

59. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 59 of the Complaint and accordingly denies those allegations except admits that web browsers are software applications that permit users of computers, tablets, laptops, and smartphones to navigate to and access web content using the internet.

60. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 60 of the Complaint, and accordingly denies those allegations except denies that web communications consist solely of HTTP Requests and HTTP Responses.

61. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 61 of the Complaint and accordingly denies those allegations.

62. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 62 of the Complaint and accordingly denies those allegations.

63. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 63 of the Complaint and accordingly denies those allegations.

64. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 64 of the Complaint and accordingly denies those allegations.

65. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 65 of the Complaint and accordingly denies those allegations.

66. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 66 of the Complaint and accordingly denies those allegations except admits that Google Analytics was used on the Website at certain times.

67. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 67 of the Complaint and accordingly denies those allegations.

68. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 68 of the Complaint and accordingly denies those allegations except admits that Google Analytics was used on the Website at certain times.

69. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 69 of the Complaint and accordingly denies those allegations.

70. Defendant denies the allegations set forth in Paragraph 70 of the Complaint, except admits that Defendant owns and operates the Website and that visitors and patients may book appointments for eye exams through the Website.

71. Defendant denies the allegations set forth in Paragraph 71 of the Complaint.

72. Defendant denies the allegations set forth in Paragraph 72 of the Complaint, except admits that Google Analytics was used on the Website at certain times and denies knowledge and information concerning the screenshot and the contents therein.

73. Defendant denies the allegations set forth in Paragraph 73 of the Complaint, except admits that Google Analytics was used on the Website at certain times and denies knowledge and information concerning the screenshot and the contents therein.

74. Defendant denies the allegations set forth in Paragraph 74 of the Complaint, except admits that Defendant owns and operates the Website and that visitors and patients may book appointments for eye exams through the Website and denies knowledge and information concerning the screenshot and the contents therein.

75. Defendant denies the allegations set forth in Paragraph 75 of the Complaint, except denies knowledge and information concerning the screenshot and the contents therein.

76. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 76 of the Complaint and accordingly denies those allegations except admits that Google Analytics was used on the Website at certain times.

77. Defendant denies the allegations set forth in Paragraph 77 of the Complaint except admits that Google Analytics was used on the Website at certain times.

78. Defendant admits the allegations set forth in Paragraph 78 of the Complaint and respectfully refers the Court to the referenced policy for the full contents thereof.

79. Defendant denies the allegations set forth in Paragraph 79 of the Complaint except admits that Defendant has a Privacy Policy and respectfully refers the Court to the referenced policy for the full contents thereof.

80. Defendant denies the allegations set forth in Paragraph 80 of the Complaint.

81. Paragraph 81 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 81 of the Complaint.

82. Defendant denies the allegations set forth in Paragraph 82 of the Complaint.

83. Defendant denies the allegations set forth in Paragraph 83 of the Complaint except admits that Google Analytics was used on the Website at certain times.

84. Defendant denies the allegations set forth in Paragraph 84 of the Complaint.

85. Defendant denies the allegations set forth in Paragraph 85 of the Complaint, except denies knowledge or information sufficient to form a belief as to the truth of the allegations concerning what Plaintiffs and Class Members did not know and accordingly denies those allegations.

86. Defendant denies the allegations set forth in Paragraph 86 of the Complaint except denies knowledge or information sufficient to form a belief as to the truth of the allegations concerning what Plaintiffs and Class Members were not aware of and accordingly denies those allegations.

87. Defendant denies the allegations set forth in Paragraph 87 of the Complaint, except admits that that Google Analytics was used on the Website at certain times.

88. Defendant denies the allegations set forth in Paragraph 88 of the Complaint.

89. Defendant denies the allegations set forth in Paragraph 89 of the Complaint.

90. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 90 of the Complaint and accordingly denies those allegations.

91. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 91 of the Complaint and accordingly denies those allegations.

92. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 92 of the Complaint and accordingly denies those allegations.

93. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 93 of the Complaint and accordingly denies those allegations.

94. Defendant denies the allegations set forth in Paragraph 94 of the Complaint.

95. Paragraph 95 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 95 of the Complaint and respectfully refers the Court to the statutory text.

96. Paragraph 96 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 96 of the Complaint and respectfully refers the Court to the statutory and regulatory text.

97. Paragraph 97 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 97 of the Complaint and respectfully refers the Court to the statutory and regulatory text.

98. Paragraph 98 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 98 of the Complaint and respectfully refers the Court to the statutory text and regulatory text.

99. Paragraph 99 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 99 of the Complaint and respectfully refers the Court to the statements made by the United States Health and Human Services in the Bulletin entitled Use of Online Tracking Technologies by HIPAA Covered Entities and Business Associates.

100. Paragraph 100 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 100 of the Complaint and respectfully refers the Court to the to the statements

made by the United States Health and Human Services in the Bulletin entitled Use of Online Tracking Technologies by HIPAA Covered Entities and Business Associates.

101. Paragraph 101 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 101 of the Complaint and respectfully refers the Court to the statutory and regulatory text.

102. Paragraph 102 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 102 of the Complaint and respectfully refers the Court to the statutory and regulatory text.

103. Paragraph 103 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 103 of the Complaint and respectfully refers the Court to the statutory and regulatory text.

104. Paragraph 104 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 104 of the Complaint and respectfully refers the Court to the statutory and regulatory text.

105. Paragraph 105 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 105 of the Complaint and respectfully refers the Court to the statutory and regulatory text.

106. Paragraph 106 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 106 of the Complaint and respectfully refers the Court to the statutory and regulatory text.

107. Paragraph 107 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 107 of the Complaint and respectfully refers the Court to the statutory and regulatory text.

108. Paragraph 108 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 108 of the Complaint and respectfully refers the Court to the statements made by the United States Health and Human Services.

109. Defendant denies the allegations set forth in Paragraph 109 of the Complaint.

110. Paragraph 110 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 110 of the Complaint and respectfully refers the Court to the statutory and regulatory text.

111. Paragraph 111 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 111 of the Complaint and respectfully refers the Court to the statutory and regulatory text.

112. Paragraph 112 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 112 of the Complaint and respectfully refers the Court to the statements made by the United States Department of Health and Human Services.

113. Paragraph 113 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 113 of the Complaint and respectfully refers the Court to the statements made by the United States Department of Health and Human Services.

114. Paragraph 114 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 114 of the Complaint and respectfully refers the Court to the to the statements made by the United States Department of Health and Human Services.

115. Paragraph 115 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 115 of the Complaint and respectfully refers the Court to the statements made by the United States Health and Human Services.

116. Paragraph 116 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 116 of the Complaint and respectfully refers the Court to the statements made by the United States Health and Human Services.

117. Paragraph 117 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set

forth in Paragraph 117 of the Complaint and respectfully refers the Court to the statements made by the United States Health and Human Services.

118. Paragraph 118 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 118 of the Complaint and respectfully refers the Court to the statements made by the United States Health and Human Services.

119. Paragraph 119 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 119 of the Complaint and respectfully refers the Court to the statements made by the United States Health and Human Services.

120. Paragraph 120 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 120 of the Complaint and respectfully refers the Court to the statements made by the United States Health and Human Services.

121. Paragraph 121 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 121 of the Complaint and respectfully refers the Court to the statements made by the United States Health and Human Services.

122. Paragraph 122 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 122 of the Complaint and respectfully refers the Court to the statements made by the United States Health and Human Services.

123. Paragraph 123 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 123 of the Complaint and respectfully refers the Court to the statements made by the United States Health and Human Services.

124. Defendant denies the allegations set forth in Paragraph 124 of the Complaint, except denies knowledge or information sufficient to form a belief as to the truth of the allegations concerning Plaintiff's reasonable expectation and accordingly denies those allegations.

125. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 125 of the Complaint and accordingly denies those allegations.

126. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 126 of the Complaint and accordingly denies those allegations.

127. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 127 of the Complaint and accordingly denies those allegations.

128. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 128 of the Complaint and accordingly denies those allegations.

## AS TO "V. TOLLING AND ESTOPPEL"

129. Paragraph 129 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 129 of the Complaint.

130. Defendant denies the allegations set forth in Paragraph 130 of the Complaint.

131. Defendant denies the allegations set forth in Paragraph 131 of the Complaint.

132. Defendant denies the allegations set forth in Paragraph 132 of the Complaint.

133. Defendant denies the allegations set forth in Paragraph 133 of the Complaint, except admits that Defendant owns and operates the Website and that visitors and patients may book appointments for eye exams through the Website.

134. Paragraph 134 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 134 of the Complaint.

135. Paragraph 135 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 135 of the Complaint.

136. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 136 of the Complaint and accordingly denies those allegations. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 136 of the Complaint.

## AS TO "VI. CLASS ALLEGATIONS"

137. Paragraph 137 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 137 of the Complaint except admits that Plaintiffs purport to bring this action as a class action.

138. Paragraph 138 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 138 of the Complaint except admits that Plaintiffs purport to bring this action as a class action.

139. Paragraph 139 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 139 of the Complaint except admits that Plaintiffs purport to bring this action as a class action.

140. Paragraph 140 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 140 of the Complaint except admits that Plaintiffs purport to bring this action as a class action.

141. Paragraph 141 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 141 of the Complaint except admits that Plaintiffs purport to bring this action as a class action.

142. Paragraph 142 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 142 of the Complaint.

143. Paragraph 143 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 143 of the Complaint.

144. Paragraph 144 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 144 of the Complaint.

145. Paragraph 145 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 145 of the Complaint.

146. Paragraph 146 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 146 of the Complaint.

147. Paragraph 147 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 147 of the Complaint.

148. Paragraph 148 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 148 of the Complaint.

149. Paragraph 149 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 149 of the Complaint.

150. Paragraph 150 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 150 of the Complaint.

## AS TO "COUNT I"

## COMMON LAW INVASION OF PRIVACY

151. Defendant repeats and realleges its responses to the allegations contained in paragraphs 1 through 150 as if fully set forth at length herein.

152. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 152 of the Complaint and accordingly denies those allegations.

153. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 153 of the Complaint and accordingly denies those allegations.

154. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 154 of the Complaint and accordingly denies those allegations.

155. Defendant denies the allegations set forth in Paragraph 155 of the Complaint.

156. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 156 of the Complaint and accordingly denies those allegations.

157. Defendant denies the allegations set forth in Paragraph 157 of the Complaint.

158. Defendant denies the allegations set forth in Paragraph 158 of the Complaint.

159. Defendant denies the allegations set forth in Paragraph 159 of the Complaint.

160. Defendant denies the allegations set forth in Paragraph 160 of the Complaint.

161. Defendant denies the allegations set forth in Paragraph 161 of the Complaint.

162. Paragraph 162 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 162 of the Complaint.

## AS TO "COUNT II"

## BREACH OF CONFIDENCE

163. Defendant repeats and realleges its responses to the allegations contained in paragraphs 1 through 163 as if fully set forth at length herein.

164. Paragraph 164 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 164 of the Complaint.

165. Paragraph 165 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 165 of the Complaint.

166. Paragraph 165 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 165 of the Complaint.

167. Paragraph 167 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 167 of the Complaint.

168. Defendant denies the allegations set forth in Paragraph 168 of the Complaint.

169. Paragraph 169 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 169 of the Complaint.

170. Paragraph 170 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 170 of the Complaint.

171. Paragraph 171 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 171 of the Complaint.

**AS TO "COUNT III"**

**BREACH OF FIDUCIARY DUTY**

172. Defendant repeats and realleges its responses to the allegations contained in paragraphs 1 through 171 as if fully set forth at length herein.

173. Paragraph 173 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 173 of the Complaint.

174. Paragraph 174 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 174 of the Complaint.

175. Paragraph 175 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 175 of the Complaint.

176. Paragraph 176 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 176 of the Complaint.

177. Paragraph 177 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 177 of the Complaint.

**AS TO "COUNT IV"**

**NEGLIGENCE**

178. Defendant repeats and realleges its responses to the allegations contained in paragraphs 1 through 177 as if fully set forth at length herein.

179. Defendant denies the allegations set forth in Paragraph 179 of the Complaint, except denies knowledge or information sufficient to form a belief as to the truth of the allegations concerning Plaintiffs' and Class Members' beliefs and accordingly denies those allegations.

180. Paragraph 180 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 180 of the Complaint.

181. Paragraph 181 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 181 of the Complaint.

182. Paragraph 182 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 182 of the Complaint.

183. Paragraph 183 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 183 of the Complaint.

184. Paragraph 184 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 184 of the Complaint.

185. Paragraph 185 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 185 of the Complaint.

186. Paragraph 186 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 186 of the Complaint.

## AS TO "COUNT V"

## BREACH OF IMPLIED CONTRACT

187. Defendant repeats and realleges its responses to the allegations contained in paragraphs 1 through 186 as if fully set forth at length herein.

188. Paragraph 188 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 188 of the Complaint.

189. Paragraph 189 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 189 of the Complaint.

190. Paragraph 190 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 190 of the Complaint.

191. Paragraph 191 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 191 of the Complaint.

192. Paragraph 192 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 192 of the Complaint.

193. Paragraph 193 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 193 of the Complaint.

194. Paragraph 194 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 194 of the Complaint.

**AS TO "COUNT VI"**

**UNJUST ENRICHMENT**

195. Defendant repeats and realleges its responses to the allegations contained in paragraphs 1 through 194 as if fully set forth at length herein.

196. Paragraph 196 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 188 of the Complaint.

197. Paragraph 197 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 188 of the Complaint.

198. Defendant denies the allegations set forth in Paragraph 198 of the Complaint.

199. Defendant denies the allegations set forth in Paragraph 199 of the Complaint.

200. Defendant denies the allegations set forth in Paragraph 200 of the Complaint.

201. Paragraph 201 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 201 of the Complaint.

202. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 202 of the Complaint as to Plaintiffs' and Class Members' knowledge and accordingly denies those allegations, and otherwise denies the allegations set forth in Paragraph 202 of the Complaint.

203. Paragraph 203 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 203 of the Complaint.

204. Paragraph 204 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 204 of the Complaint.

205. Paragraph 205 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 205 of the Complaint.

## AS TO "COUNT VII"

## VIOLATIONS OF THE ELECTRONIC COMMUNICATIONS PRIVACY ACT

206. Defendant repeats and realleges its responses to the allegations contained in paragraphs 1 through 205 as if fully set forth at length herein.

207. Paragraph 207 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 207 of the Complaint and respectfully refers the Court to the statutory text.

208. Paragraph 208 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 208 of the Complaint and respectfully refers the Court to the statutory text.

209. Paragraph 209 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 209 of the Complaint.

210. Paragraph 210 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 210 of the Complaint.

211. Paragraph 211 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 211 of the Complaint and respectfully refers the Court to the statutory text.

212. Paragraph 212 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 212 of the Complaint and respectfully refers the Court to the statutory text.

213. Paragraph 213 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 213 of the Complaint.

214. Paragraph 214 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 214 of the Complaint.

215. Paragraph 215 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 215 of the Complaint.

216. Defendant denies the allegations set forth in Paragraph 216 of the Complaint.

217. Paragraph 217 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 217 of the Complaint.

218. Paragraph 218 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 218 of the Complaint.

219. Paragraph 219 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 219 of the Complaint.

220. Paragraph 220 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 220 of the Complaint and respectfully refers the Court to the statutory text.

221. Paragraph 221 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 221 of the Complaint.

222. Paragraph 222 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 222 of the Complaint.

223. Paragraph 223 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 223 of the Complaint.

224. Paragraph 224 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 224 of the Complaint.

225. Paragraph 225 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 225 of the Complaint.

226. Paragraph 226 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 226 of the Complaint.

227. Defendant denies the allegations set forth in Paragraph 227 of the Complaint.

228. Defendant denies the allegations set forth in Paragraph 228 of the Complaint.

229. Defendant denies the allegations set forth in Paragraph 229 of the Complaint.

230. Defendant denies the allegations set forth in Paragraph 230 of the Complaint.

231. Paragraph 231 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 231 of the Complaint.

232. Paragraph 232 of the Complaint contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations set forth in Paragraph 232 of the Complaint.

**AS TO "PRAYER FOR RELIEF"**

Defendant denies that Plaintiff is entitled to any of the relief requested in the WHEREFORE clause of the Complaint, including paragraphs (a) through (g) and denies that Plaintiffs are entitled to any relief whatsoever. Defendant denies that Plaintiff or any putative "collective" or "class" member is entitled to recover any relief whatsoever from Defendants. Defendant specifically denies that the case is appropriate for class action adjudication.

Defendant denies each and every allegation not specifically admitted herein.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

1. The Complaint fails to state a claim, in whole or in part, upon which relief may be granted.

### SECOND DEFENSE

2. The Complaint is barred as Plaintiffs have failed to join necessary and indispensable parties.

### THIRD DEFENSE

3. Plaintiffs lack standing to pursue the claims alleged in the Complaint, in whole or in part.

### FOURTH DEFENSE

4. This action cannot be maintained as a class action pursuant to Federal Rules of Civil Procedure Rule 23 or Illinois law because Plaintiffs' allegations require

individualized inquiry. Such individual analyses predominate over common questions which defeat the legality and utility of a purported class action or collective action.

**FIFTH DEFENSE**

5. Plaintiffs cannot bring this action in a representative capacity because none of the Plaintiffs are "similarly situated" to the members of the putative class action they purport to represent in this action.

**SIXTH DEFENSE**

6. Plaintiffs are not an adequate representatives of the members of the alleged putative class for purposes of satisfying Rule 23 of the Federal Rules of Civil Procedure.

**SEVENTH DEFENSE**

7. This action is not appropriate for class certification under Rule 23 of the Federal Rules of Civil Procedure because Plaintiffs' claims are not typical of the claims of the members of the alleged putative class.

**EIGHTH DEFENSE**

8. This action is not appropriate for class certification under Rule 23 of the Federal Rules of Civil Procedure because the facts and law common to the case are insignificant compared to the individual facts and issues particular to each of the Plaintiffs and the members of the alleged putative class.

**NINTH DEFENSE**

9. This action is not appropriate for class certification under Rule 23 of the Federal Rules of Civil Procedure because Plaintiffs cannot demonstrate the class is so numerous that joinder of all members of the putative class is impracticable.

**TENTH DEFENSE**

10. Class action treatment under Rule 23 of the Federal Rules of Civil Procedure is not superior to other available methods for the fair and efficient adjudication of Plaintiffs' claims and the claims of the members of the putative collective and class action.

**ELEVENTH DEFENSE**

11. Defendant opposes class action certification and disputes the propriety of class treatment of this action. If the Court certifies a class action in this action over Defendant's objections, then Defendant asserts the applicable denials and affirmative defenses set forth herein against each and every member of the certified class action.

**TWELFTH DEFEENSE**

12. At all times relevant to the acts alleged in the Complaint, Defendant's actions were reasonable, proper, lawful, constitutional, made in good faith, and without malice.

**THIRTEENTH DEFENSE**

13. Plaintiffs are barred from recovering against Defendant based on the doctrines of waiver, release, consent, unclean hands, laches and/or estoppel.

**FOURTEENTH DEFENSE**

14. The Complaint is barred, in whole or in part, by the applicable statutes of limitations.

**FIFTEENTH DEFENSE**

15. Plaintiffs' claims are barred, in whole or in part, to the extent discovery reveals Plaintiffs failed to mitigate damages.

**SIXTEENTH DEFENSE**

16. Plaintiffs' claims and damages are barred, in whole or in part, by each or their agreements with Google and/or the Google terms of use they agreed to when they established or used their Google accounts.

**SEVENTEENTH DEFESE**

17. Plaintiffs' claims and damages are barred, in whole or part, by the limitation of liability, damages exclusions, limitations period and other terms and conditions and notices contained in Defendant's Website Terms of Use and/or Privacy Policy.

**EIGHTTEENTH DEFENSE**

18. Plaintiff's claims are barred, in whole or in part, because Defendant was a party to any and all alleged communications with Plaintiff.

**NINETEENTH DEFENSE**

19. Plaintiffs have waived any of their proceeding in this matter or asserting claims as a class representative or putative member of a class by Defendant's Website Terms of Use and/or Privacy Policy.

**TWENTEEITH DEFENSE**

20. On information and belief, each of the Plaintiffs did not use an Internet Protocol (IP) address or web browser that individually identifies the Plaintiff to the extent that any of them alleges that they accessed the Website.

**TWENTY-FIRST DEFENSE**

21. Plaintiffs' claims are barred, in whole or in part, by the First and Fourteenth Amendments of the United States Constitution because the alleged unlawful behavior amounts to protected free speech.

## RESERVATION RIGHTS

22. The foregoing recitation of defenses does not constitute and shall not be construed as any admission regarding the burden of proof associated with such defenses. In addition to the defenses set forth above, Defendant expressly reserves the right to assert any and all additional legal and/or equitable defenses that may become apparent during the course of discovery and/or trial.

23. Allowing this case to proceed on a class basis without permitting Defendant to present evidence and defenses specific to each member of class would deny Defendant its right to Due Process under the Fifth and Fourteenth Amendments to the United States Constitution.

24. Allowing this case to proceed on a class basis in a manner that does not allow Defendant the opportunity to present their defenses in a full and fair manner consistent with Due Process would violate the Seventh Amendment to the United States Constitution either by depriving Defendants of a meaningful trial by jury or by violation the Reexamination Clause.

## DEMAND FOR JURY TRIAL

Defendant hereby demands a trial by jury with respect to all issues so triable

**WHEREFORE,** Defendant respectfully requests that this Court deny all relief sought by Plaintiff, enter an Order at the appropriate time dismissing all of their claims with prejudice, and grant Defendant such other and further relief as this Court may find just and proper.

Dated: March 27, 2026

EPSTEIN BECKER & GREEN, P.C.

*/s/* Brian G. Cesaratto

Brian G. Cesaratto
Eleanor Chung
875 Third Avenue
New York, NY 10022
Tel: 212.351.4500
bcesaratto@ebglaw.com
echung@ebglaw.com

*Attorneys for Defendant Capital Vision Services d/b/a MyEyeDr.*