**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CHE'LA MCCLAIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 25-cv-7675** |
| | ) | |
| **v.** | ) | **Judge Jeffrey I. Cummings** |
| | ) | |
| **CAPITAL VISION SERVICES, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

The Court has reviewed the parties' joint status report [37], and it adopts the following schedule. The parties shall exchange Rule 26(a)(1) disclosures by 5/15/26 and shall issue initial written discovery requests by no later than 5/29/26. The deadline for the amendment of pleadings is 12/1/26. All fact discovery (including third-party discovery) shall be completed by 1/15/27. Requests for admission shall be issued on or before 2/16/27. Plaintiffs' Rule 26(a)(2) expert disclosures and their motion for class certification are due on 3/15/27. Defendant's Rule 26(a)(2) expert disclosures and its response to plaintiffs' motion for class certification are due on 5/17/27. Plaintiffs' reply in support of their motion for class certification and rebuttal to defendant's expert disclosures are due on 6/17/27. Motions for summary judgment must be filed in compliance with this Court's summary judgment practice stated on the Court's webpage. Any motions to modify this schedule must be supported by good cause and the party seeking a modification is instructed to meet and confer to attempt to reach agreement prior to filing a motion for a modification.

The Court notes further that the parties dispute in the status report whether plaintiffs should be granted leave to file an amended consolidated complaint. A joint status report is not the proper filing to raise this dispute for the Court's consideration, *see* Fed.R.Civ.P. 15, and plaintiffs are instead ordered to file a motion seeking leave to file an amended consolidated complaint on or before 6/3/26. The Court notes that pursuant to its Case Management Procedures, all amended complaints must include as an exhibit a redline that reflects all proposed changes.

Plaintiffs shall issue a settlement demand within 14 days of receiving the class size information from defendant. Defendant shall respond to plaintiffs' settlement demand within 28 days of its receipt of the demand. The parties are advised that if at any time they are mutually interested in participating in a settlement conference with the Court, they shall contact this Court's courtroom deputy for a referral to the assigned Magistrate Judge.

By 6/24/26, the parties shall file a joint status report setting forth what discovery has been completed, what discovery remains, whether any discovery disputes require the Court's attention, and the status of their settlement negotiations. The 5/8/26 tracking status hearing is stricken and reset to 7/20/26 at 9:00 a.m. (to track the case only, no appearance is required).

**DATE: May 7, 2026**

**Jeffrey I. Cummings**
**United States District Court Judge**